UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 14, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| TYRELL DAVON JONES, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) |
| Defendant. | : | (Unlawful Possession with Intent to |
| | : | Distribute Marijuana) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm during a Drug Trafficking |
| | : | Offense) |
| | : | 22 D.C. Code § 4504(a) (2001 ed.) |
| | : | (Carrying a Pistol Without a License |
| | : | (Outside Home or Place of Business)) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about November 23, 2021, within the District of Columbia, **TYRELL DAVON JONES,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT TWO

On or about November 23, 2021, within the District of Columbia, **TYRELL DAVON JONES**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, two firearms, that are, a Privately Manufactured Firearm (PMF), Polymer 80, 9mm pistol, with no serial number, and a Glock 23 pistol, serial number MEE305.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT THREE

On or about November 23, 2021, within the District of Columbia, **TYRELL DAVON JONES**, did carry, openly and concealed on or about his person, a pistol, in a place other than his dwelling place, place of business or on other land possess by him, a pistol, that is, a Privately Manufactured Firearm (PMF), Polymer 80, 9mm pistol, with no serial number, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of Title 22, District of Columbia Code, Section 4504(a))

## COUNT FOUR

On or about November 23, 2021, within the District of Columbia, **TYRELL DAVON JONES**, did carry, openly and concealed on or about his person, a pistol, in a place other than his dwelling place, place of business or on other land possess by him, a pistol, that is, a Glock 23 pistol, serial number MEE305, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of Title 22, District of Columbia Code, Section 4504(a))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts Two, Three, and Four of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Privately Manufactured Firearm (PMF), Polymer 80, 9mm pistol, with no serial number, a Glock 23 pistol, serial number MEE305, and 9mm and 40 S&W ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.